UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-CV-21723-FAM

TINA GUHL,

        Plaintiff(s),

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant(s).             /

## **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

The Plaintiff, TINA GUHL and the Defendant, HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, by and through their undersigned legal counsel, hereby jointly stipulate and move that this cause be dismissed, with prejudice, including all claims that were or could have been raised in this action, each party bearing its own costs and attorney's fees.

DATED: December 8, 2021

By: */s/ Stephen F. Jessup*
    STEPHEN F. JESSUP, ESQ.
    Fla. Bar No.: 026264
    DELL & SCHAEFER
    Attorneys for Plaintiff
    2404 Hollywood Blvd.
    Hollywood, FL 33020
    Ph. (954) 620-8300
    Fax: (800) 380-6151
    Stephen@diattorney.com

By: */s/ Jonathan M. Fordin*
    JONATHAN M. FORDIN, ESQ.
    Fla. Bar No. 371637
    SHUTTS & BOWEN LLP
    Attorneys for Defendant
    200 S. Biscayne Blvd., Suite 4100
    Miami, FL 33131
    Ph. (305) 347-7390
    Fax: (305) 347-7790
    jfordin@shutts.com